No. D–1257. IN RE DISBARMENT OF GATES. It is ordered that Larry Edward Gates, Jr., of Myrtle Beach, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–1214. MILLIGAN-JENSEN v. MICHIGAN TECHNOLOGICAL UNIVERSITY. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–7821. REICHELT v. GATES ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 10, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 92–8115. IN RE HEFFERNAN; and
No. 92–8135. IN RE FORTE. Petitions for writs of habeas corpus denied.

No. 92–7644. IN RE TODD;
No. 92–7741. IN RE SCHIFF; and
No. 92–7933. IN RE BAUER. Petitions for writs of mandamus denied.

No. 92–7691. IN RE HOLLINGSWORTH. Petition for writ of mandamus and/or prohibition denied.

No. 91–1950. AMERICAN DREDGING CO. v. MILLER. Sup. Ct. La. Certiorari granted.

No. 92–989. TENNESSEE v. MIDDLEBROOKS; and TENNESSEE v. EVANS. Sup. Ct. Tenn. Motion of respondent Donald Middlebrooks for leave to proceed *in forma pauperis* granted. Certiorari as to Donald Middlebrooks granted. Reported below: 840 S. W. 2d 317 (first case).

No. 92–6281. HAGEN v. UTAH. Sup. Ct. Utah. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.